**Gregory Bryce TANNER,**
**Plaintiff—Appellant,**

v.

**NORDSTROM CORPORATE OFFICE,**
**Defendant—Appellee.**

No. 08–7218.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 24, 2009.

Gregory Bryce Tanner, Appellant Pro Se.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Bryce Tanner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tanner v. Nordstrom Corporate*, No. 2:08–cv–00241–RAJ–FBS (E.D. Va. filed June 16, 2008 & entered June 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*